WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-102-08 | MAGIS. NO: |
| V. KEVON DEMERIEUX aka "KETCHIT" | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED Kevon Demerieux aka "Ketchit" unknown | |
| DOB:                PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:  INDICTMENT | DISTRICT OF ARREST | |
| TO:  ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Hostage Taking Resulting in Death

Conspiracy to Commit Hostage Taking Resulting in Death

Aiding and Abetting and Causing an Act to be Done

FILED
AUG 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN VIOLATION OF:**
UNITED STATES CODE TITLE & SECTION:
18 U.S.C. §§ 1203(a) and 2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE) DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED: 4/26/2006 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: 4/26/2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  8-5-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  8-5-08 | [illegible] | [signature] |
| HIDTA CASE:  Yes    No  X | | OCDETF CASE:  Yes    No  X |