UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       :

        Plaintiff,       :

v.       :     Criminal Action No. _06-102-08_ (JDB)

___KEVON  DEMERIUX___,       :

        Defendant.       :

**FILED**
AUG 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon the oral motion of defendant ___Kevon Demerieux___, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from ___8/27/08___ through and including ___9/3/08___, shall be excluded in computing the date for speedy trial in this case.

Dated: ___8/27/08___

                                          _____
                                          JOHN D. BATES
                                          United States District Judge

AGREED:

X ___Kevon Demerieux___
       Defendant

_____
       Defense Counsel

_____
       Attorney for United States