IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 06-CR-102 (JDB) |
| ) | |
| KEVON DEMERIEUX, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR COPY OF TRIAL TRANSCRIPTS

**Kevon Demerieux**, through undersigned counsel, respectfully moves the Court pursuant to 18 U.S.C. 3006A, to authorize counsel to obtain from the court reporters in *United States v. David Suchit,* 06-102 (JDB), copies of the transcripts of a hearing on Suchit's 'motion to suppress statements and of the trial of Suchit. As grounds, defendant Demerieux shows the Court:

   1. David Suchit was charged as a co-conspirator in the same conspiracy which is alleged in the indictment against defendant Demerieux. At the trial of Suchit, the government called witnesses who will undoubtedly be called to testify against the co-defendants in the instant case.

   2. Suchit moved pretrial to suppress statements made against him, claiming an agency relationship between United States investigators and members of the police force of Trinidad, and claiming that the statements were involuntary as the result of coercive conduct by police in Trinidad. Evidence adduced at the hearing on the motion to suppress statements will be relevant to whether statements made by defendant Demerieux were involuntary.

   3. Under 18 U.S.C. 3006A, counsel may petition the court for services which are necessary to her defense of Mr. Demerieux. Counsel believes it is necessary for her to have the trial transcripts, to prepare for the trial of Mr. Demerieux's case. She also believes it is necessary for her to have the transcripts of the statements suppression motion to evaluate the Government's evidence that Untied States agents acted independently of police from Trniidad and that the police did not coerce Suchit's statements.

WHEREFORE, Kevon Demerieux respectfully moves the court to approve the attached CJA 24 forms, authorizing court reporters Cathyrn Jones and Bryan Wayne to produce the requested transcripts. Counsel believes that the transcripts have already been prepared and that the requested transcripts can be provided to her at the copy rate.

Respectfully submitted,

/s/_____
Reita P. Pendry
D.C. Bar No. 327775
Appointed counsel for Kevon Demerieux
Post Office Box 5432
Charlotte, NC 28299
704-532-6232
704-537-7537 facsimile
rpendry@bellsouth.net

### CERTIFICATE OF SERVICE

I, Reita Pendry, do hereby certify that I have this day served a copy of the foregoing Motion for Copy of Trial Transcripts, and Proposed Order, upon Bruce Hegyi, Esq., and Jeanne Hauch, Esq., Assistant United States Attorneys representing the Government in this case, electronically and by United States mail, postage prepaid, addressed to them at :
\

Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

`This 3rdd day of September, 2008.

/s/_____
Reita Pendry